UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEILA ROMINE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
    _____/

Case No. 18-10503

Honorable Nancy G. Edmund

# ORDER AND OPINION ACCEPTING THE MAGISTRATE JUDGE'S AUGUST 16, 2018 REPORT AND RECOMMENDATION [13]

Currently before the Court is the magistrate judge's August 16, 2018 report and recommendation [13] on cross-motions for summary judgment. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.

It is further ordered that Defendant Commissioner's Motion for Summary Judgment [12] is GRANTED and Plaintiff Romine's Motion for Summary Judgment [11] is DENIED, and the Administrative Law Judge's decision is AFFIRMED.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: September 11, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 11, 2018, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager